No. 356. BAKER ET AL. *v.* GROSSJEAN ET AL.; and
No. 399. BLAYDES ET AL. *v.* C. H. LITTLE & Co. ET AL. November 18, 1940. *Per Curiam:* The motions for leave to file supplemental statements as to jurisdiction are granted.

The appeals are dismissed for want of a substantial federal question. *Lent* v. *Tillson,* 140 U. S. 316, 328; *Paulsen* v. *Portland,* 149 U. S. 30, 40; *North Laramie Land Co.* v. *Hoffman,* 268 U. S. 276, 283; *Fidelity National Bank* v. *Swope,* 274 U. S. 123, 130. *Mr. Horace C. Young* for appellants. *Mr. Nat Tipton* for appellees.